IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Thomas Barnhill, Jr., | ) | |
|     Plaintiff, | ) | C/A No. 4:12-4-TLW-TER |
| | ) | |
| vs. | ) | |
| | ) | |
| Terrell Duke, Warden, Brooklyn MDC; | ) | **ORDER** |
| Rosa Soroya, MLP; | ) | |
| Michael Borecky, MD; | ) | |
| R. Newland, R-MD; | ) | |
| Sixto Riso, MLP; | ) | |
| Freddy Nunez, PA-C; | ) | |
| Counsellor Mr. Edwards; | ) | |
| Counsellor Mrs. McMillan, and | ) | |
| Case Manager, Mrs. Kyle, | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that this case be transferred in the interests of justice to the United States District Court for the Eastern District of New York for further adjudication. (Doc. # 17). The Report was filed on April 17, 2012. No objections to the Report have been filed.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate

1

Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 17),  and this case is **TRANSFERRED** in the interests of justice to the United States District Court for the Eastern District of New York for further adjudication.

**IT IS SO ORDERED.**

                                                        s/ Terry L. Wooten
                                                       **TERRY L. WOOTEN**
                                                       **UNITED STATES DISTRICT JUDGE**

May 14, 2012
Florence, South Carolina